**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LEE R. DOROUGH,**
**R. LEE DOROUGH, P.A.,**
    **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-188-Orl-28KRS**

**GULF INSURANCE COMPANY,**

    **Defendant.**
_____

# ORDER

This case is before the Court on Plaintiffs' Motion for Award of Reasonable Attorney's Fees (Doc. No. 33) filed April 28, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed June 28, 2005 (Doc. No. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiffs' Motion for Award of Reasonable Attorney's Fees (Doc. No. 33) is **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 14th day of July, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party